IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KRISTOPHER DAVIES                        6:14-CV-00491-MC

         Plaintiff,

                                                     ORDER GRANTING

         v.                                      ATTORNEYS' FEES UNDER

                                                     42 U.S.C. § 406(b)

Commissioner of Social Security,

         Defendant.

         Attorneys' fees in the amount of **$11,436.25** pursuant to 42 U.S.C. § 406(b) are hereby awarded to Plaintiff's attorney, Alan Graf. The court finds that this is a reasonable fee in light of the circumstances in this case. When issuing the 406(b) check for payment to Plaintiff's attorney, the Commissioner is directed to subtract any applicable processing fees as allowed by statute. Plaintiff's attorney is responsible for refunding any offset gained from EAJA fees to his client.

         This order is issued as a separate order from the Court's Order of February 29, 2016, (Doc. # 41) awarding both EAJA fees and fees under 42 USC 406b fees, for the sole purpose of separating the awards of Equal Access to Justice Fees and the award for Attorney Fees under 42 USC 406(b) into two separate orders for purposes of administrative clarity.

         DATED this __11__ day of __March__, 2016.

                                                                                  _/s/ Michael McShane_

                                                                                  United States District Judge
                                                                                  Michael J. McShane